AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Northern District of California

MOSED SHAYE OMAR

*Plaintiff(s)*

v.

JOHN KERRY, Secretary of State, in his official capacity; MICHELE T. BOND, Acting Assistant Secretary for Consular Affairs, in her official capacity; BRENDA SPRAGUE, Deputy Assistant Secretary for Passport Services, in her official capacity; U.S. DEPARTMENT OF STATE

*Defendant(s)*

Civil Action No.  C 15-1760 JSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JOHN KERRY, Secretary of State
MICHELE T. BOND, Acting Assistant Secretry for Consular Affairs
BRENDA SPRAGUE, Deputy Assistant Secretary for Passport Services
U.S. DEPARTMENT OF STATE
2201 C Street, NW, Washington, D.C. 20520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SEE ATTACHMENT

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Richard W. Wieking

*Signature of Clerk or Deputy Clerk*

Date: 4/21/2015

**ATTACHMENT TO SUMMONS IN A CIVIL ACTION**   Case No. C 15-1760 JSC

PLAINTIFFS

Attorneys *(Firm Name, Address, and Telephone Number)*

Yaman Salahi (Bar No. 288752)
Nasrina Bargzie (Bar No. 238917)
ASIAN AMERICANS ADVANCING JUSTICE—ASIAN LAW CAUCUS
55 Columbus Ave.
San Francisco, California 94111-2101
Telephone: + 1 (415) 848-7711
Facsimile: + 1 (415) 896-1702
Email: yamans@advancingjustice-alc.org; nasrinab@advancingjustice-alc.org

Wendy L. Feng (Bar No. 200813)
Joanne Sum-Ping (Bar No. 296552)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  wfeng@cov.com; jsumping@cov.com

*Attorneys for Plaintiff Mosed Shaye Omar*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C 15-1760 JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: