BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
United States Department of Justice
Office of Immigration Litigation,
District Court Section

COLIN A. KISOR
Deputy Director
United States Department of Justice
Office of Immigration Litigation,
District Court Section

ELIANIS N. PEREZ
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section

      P.O. Box 868, Ben Franklin Station
      Washington, DC 20044
      Telephone: (202) 532-4331
      Facsimile: (202) 305-7000
      Email: colin.kisor@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOSED SHAYE OMAR, | No. 3:15-cv-01760-JSC |
| Plaintiff, | **DEFENDANTS' ANSWER** |
| v. | **Administrative Procedure Act Case** |
| JOHN KERRY, U.S. Secretary of State, *et al.*, | |
| Defendants. | |

Defendants, by and through undersigned counsel, hereby answer the Complaint of Plaintiff Mosed Shaye Omar ("Plaintiff") on information and belief as follows:

## INTRODUCTION

1. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the first and second sentences of this paragraph. Admit the third sentence of this paragraph and admit that the U.S. Embassy in Sana'a confiscated Plaintiff's passport. Deny the remainder of this paragraph.

2. Admit that Defendants revoked Plaintiff's passport and provided procedures for review in December 2014 and issued a limited validity passport for direct return to the U.S. to Plaintiff in February 2014.  Deny the remainder of this paragraph.

3. Deny.

4. Admit the first sentence of this paragraph. Deny the second sentence of this paragraph.

5. This paragraph is a statement of the case to which no response is required.  To the extent a response is required, deny.

## PARTIES

6. Admit that Plaintiff naturalized as a U.S. citizen under the name Mosed Shaye Omar. Defendants lack knowledge or information sufficient to admit or deny where Plaintiff resides. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the second, third, and fourth sentences of this paragraph. Admit the fifth sentence of this paragraph.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

## JURISDICTION AND VENUE

11. This paragraph is a statement of the case to which no response is required.  To the extent a response is required, admit.

12. This paragraph cites to a section of the U.S. Code to which no response is required.

13. Defendants lack information as to where Plaintiff resides.  To the extent a response is required, Admit that venue is proper in the Northern District of California

## INTRADISTRICT ASSIGNMENT

14. Defendants lack sufficient information as to where Plaintiff resides and deny that a substantial part of the events giving rise to this action occurred in San Francisco. To the extent a response is required, Defendants take no position on intra-district assignment within the Northern District of California.

## STATUTORY AND REGULATORY FRAMEWORK FOR REVOCATION OF U.S. PASSPORTS

15. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, admit.

16. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, admit.

17. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, admit.

18. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, Defendants admit the statement set forth in the first sentence of this paragraph and admit a certificate of naturalization can serve as a federal government officially issued identification with photograph.

19. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, admit.

20. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, admit.

21. This paragraph is a statement of the case to which no response is required. To the extent a response is required, admit.

22. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, admit.

23. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, admit.

24. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, admit.

25. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

26. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

### LEGAL CONTEXT FOR CHALLENGES TO U.S. CITIZENSHIP

27. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.

28. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

29. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, Defendants aver that the document speaks for itself.

30. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

31. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, Defendants admit the quoted provisions were in effect between January 23, 2013 and December 15, 2013, but aver that Plaintiff has selectively quoted from these provisions in a manner that has materially altered their meaning.

32. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.

### FACTUAL ALLEGATIONS

33. This paragraph is a statement of the case to which no response is required.  To the extent a response is required, admit.

34. Deny.

35. Admit.

36. Admit.

37. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the first sentence of this paragraph, but deny that Mosed Shaye Omar is his legal name. Admit the second sentence of this paragraph.

38. Admit the first and second sentences of this paragraph. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the third sentence of this paragraph, but to the extent a reply is required, deny.

39. Deny that Mosed Shaye Omar is his legal name, admit the remainder of the first sentence. Admit the second sentence of this paragraph.

40. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

4

41. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

42. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

43. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

44. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

45. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

46. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

47. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

48. Admit.

49. Deny Plaintiff's characterization of Mr. Howell as an interrogator, but admit the remaining allegation in the first sentence of this paragraph. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the second sentence of this paragraph.

50. Deny.

51. Admit, but deny Plaintiff was subject to an interrogation.

52. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

53. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

54. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the first sentence of this paragraph.  Deny the second sentence of this paragraph.

55. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

56. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

57. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

58. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

59. Deny the second and third sentences of this paragraph. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the first and fourth paragraphs.

60. Deny.

61. Deny.

62. Deny.

63. Deny.

64. Deny.

65. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

66. Deny.

67. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

68. Admit the first sentence of the paragraph. Deny the second sentence of the paragraph.

69. Deny.

70. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in this paragraph.

71. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the first sentence of this paragraph.  Admit the remainder of this paragraph.

72. Admit.

73. Deny.

74. Admit that Mr. Omar contacted the State Department to request an administrative hearing concerning the revocation of his U.S. passport, but deny that it occurred within 60 days of receiving a notice of revocation.

75. Admit.

76. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the first sentence of this paragraph. Deny that Plaintiff's voluntary, signed confession was an "interrogation statement," but admit the remainder of the second and third sentences.

77. Deny that Plaintiff's voluntary, signed confession was an "interrogation statement," but admit the remainder of the first sentence of this paragraph. Deny the second sentence of this paragraph.

78. Deny that Mr. Omar was interrogated or that there were coercive interrogations at the U.S. Embassy in Sana'a. Admit the remainder of this paragraph.

79. Defendants lack knowledge or information sufficient to admit or deny the allegations set forth in the first sentence of this paragraph. Admit the second sentence of this paragraph.

80. Admit.

81. This paragraph contains Plaintiffs characterization of his submission of his own September 15, 2014, submission to the State Department which will be made part of the administrative record in this Administrative Procedure Act Case, which will be filed with the Court.

82. This paragraph contains Plaintiffs characterization of his submission of his own September 15, 2014, submission to the State Department which will be made part of the administrative record in this Administrative Procedure Act Case, which will be filed with the Court.

83. This paragraph contains Plaintiffs characterization of his submission of his own September 15, 2014, submission to the State Department which will be made part of the administrative record in this Administrative Procedure Act Case, which will be filed with the Court.

84. Admit the first sentence of this paragraph. Deny the remainder of the paragraph. The document referenced will be made part of the administrative record in this Administrative Procedure Act Case, which will be filed with the Court.

85. Deny that Mr. Omar and Naeema offered testimony and deny that Mr. Omar was interrogated, but admit the remainder of this paragraph.

86. Deny. A transcript of the September 22, 2014 hearing will be made part of the administrative record.

87. Deny, A transcript of the September 22, 2014 hearing will be made part of the administrative record

88. Deny,. A transcript of the September 22, 2014 hearing will be made part of the administrative record

89. Admit the first sentence of this paragraph. Deny the second sentence which is a characterization of Plaintiff's October 13, 2014 submission, which will be made part of the administrative record.

90. Deny. This paragraph contains a characterization of Plaintiff's October 13, 2014 submission, which will be made part of the administrative record.

91. Deny.

7

92. Deny that Jonathan M. Rolbin is the Director of the Legal Affairs and Law Enforcement Liaison branch of the Department, and aver that he is the Director of Legal Affairs and Law Enforcement Liaison for the Passport Services Directorate.  Admit the remainder of the paragraph.

93. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

94. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

95. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

96. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

97. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

98. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

99. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

100. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

101. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

102. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

103. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

104. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

105. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

106. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

107. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

108. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

109. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

110. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

111. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

112. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

113. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

114. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

115. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

116. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

117. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

118. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

119. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

**PLAINTIFF'S CLAIMS**

**Count One**
**Administrative Procedure Act**

120. This paragraph is a statement of the case to which no response is required. To the extent a reply is required, deny.

121. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

122. This paragraph contains statements of plaintiff's legal arguments to which no reply is required.  To the extent a reply is required, deny.

9

123. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

124. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

125. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

126. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

127. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

128. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

**Count Two**
**Administrative Procedure Act**

129. This paragraph is a statement of the case to which no response is required. To the extent a reply is required, deny.

130. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

131. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

132. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

133. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

134. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

135. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

**Count Three**
**Administrative Procedure Act**
**Procedural Due Process**

136. This paragraph is a statement of the case to which no response is required. To the extent a reply is required, deny.

137. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

138. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

139. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

### Count Four
### Administrative Procedure Act
### Procedural Due Process

140. This paragraph is a statement of the case to which no response is required. To the extent a reply is required, deny.

141. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

142. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

143. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

144. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

145. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

146. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

147. This paragraph is a statement of the case to which no response is required. To the extent a reply is required, deny.

### Count Five
### Administrative Procedure Act

148. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

149. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

150. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

## Count Six
## Administrative Procedure Act

151. This paragraph is a statement of the case to which no response is required. To the extent a reply is required, deny.

152. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

153. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

154. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

155. This paragraph contains statements of plaintiff's legal arguments to which no reply is required. To the extent a reply is required, deny.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any relief in this case. Defendants further deny each and every allegation contained in the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

**1.** Illegality: Plaintiff obtained a United States Passport illegally.

**2.** Fraud: Plaintiff obtained a United States Passport by fraud.

| | | |
|---|---|---|
| 1 | Dated: JUNE 26, 2015 | Respectfully submitted, |
| 2 | | |
| | | BENJAMIN C. MIZER |
| 3 | | Principal Deputy Assistant Attorney General |
| | | Civil Division |
| 4 | | |
| | | WILLIAM C. PEACHEY |
| 5 | | Director, |
| | | United States Department of Justice |
| 6 | | Office of Immigration Litigation, |
| 7 | | District Court Section |
| 8 | | COLIN A. KISOR |
| | | Deputy Director |
| 9 | | Office of Immigration Litigation, |
| 10 | | District Court Section |
| 11 | | |
| | | */s/ Elianis N. Perez* |
| 12 | | ELIANIS N. PEREZ |
| | | Senior Litigation Counsel |
| 13 | | United States Department of Justice |
| | | Office of Immigration Litigation, |
| 14 | | District Court Section |
| 15 | | P.O. Box 868, Ben Franklin Station |
| | | Washington, DC 20044 |
| 16 | | Telephone: (202) 616-9124 |
| | | Facsimile: (202) 305-7000 |
| 17 | | Email: elianis.perez@usdoj.gov |
| 18 | | |
| 19 | | Attorneys for Defendants |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2015, I filed a copy of the foregoing by ECF, which caused a copy of this filing to be served on Plaintiffs' the counsel of record.

/s/ Elianis N. Perez
ELIANIS N. PEREZ
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9124
Facsimile: (202) 305-7000
Email: elianis.perez@usdoj.gov