UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOSED SHAYE OMAR,

　　　　Plaintiff,

　　v.

JOHN KERRY, et al.,

　　　　Defendants.

Case No.  15-cv-01760-JSC

**ORDER OF REFERENCE TO JUDGE ORRICK FOR SETTLEMENT**

　　This matter is referred to Judge William H. Orrick for settlement to occur as soon as possible and convenient for the district court.

　　The parties will be advised of the date, time and place of the next appearance by notice from Judge Orrick.

　　**IT IS SO ORDERED.**

Dated: September 14, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge