BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

COLIN A. KISOR
Deputy Director
United States Department of Justice
Office of Immigration Litigation,
District Court Section

    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4331
    Facsimile: (202) 305-7000
    Email: colin.kisor@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MOSED SHAYE OMAR,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KERRY, Secretary of State, *et al.*,<br><br>Defendants. | No. 3:15-cv-01760-JSC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION** |

Defendants have received Plaintiff's Supplemental Response to his Motion for a Preliminary Injunction (ECF No. 30) with its two attachments and take this opportunity to briefly respond.

First, with respect to the Declaration of Yaman Salahi (ECF No. 30-1), Defendants have no reason to dispute that the Asian Law Caucus received non-public sensitive, but unclassified portions of the Foreign Affairs Manual from an Al-Jazeera America reporter who received it from an unidentified source. Defendants in their answer Admitted that the quoted provisions were in effect, but averred that Plaintiff's complaint selectively quoted from the Foreign Affairs Manual in manner that materially altered their meaning because the language that was omitted contained an explicit exception to the proposition for which plaintiff cited the document.   (Defendant's Answer, Paragraph 31.)

Second, Plaintiff attaches an additional declaration from himself, stating that "I am Mosed Shaye Omar, the Plaintiff in this Lawsuit." (ECF 30-2, at paragraph 1.) As with his other declarations submitted in this case, he does not state that his name was never Yasin Mohamed Ali Alghazali, nor does he state that his statement to Agent Howell, that his name was Yasin Mohamed Ali Alghazali, taken at the U.S. Embassy in Yemen was false. (*See* ECF No. 30-2; ECF No. 14-7; 14-38.)

With respect to the other statements in Plaintiff's supplemental declaration, Defendants are sympathetic with Plaintiff's desire to travel to see his daughter in Yemen. But, given the short timelines that the Court ordered for briefing and argument to resolve this case in its entirety in the next three months, Defendants contend that under these circumstances and considering the timelines issued by this Court, Plaintiff has not shown irreparable harm as that term applies in the context of litigating preliminary injunctions. Moreover, as noted in Defendants' Opposition to Plaintiff's motion for a preliminary injunction, a passport is a representation to foreign governments of the bearer's identity.  Plaintiff's supplemental evidence of irreparable harm must be weighed against the

public interest. It would be contrary to the public interest for the State Department to issue or allow an individual to hold a United States passport bearing a false name.

Dated: September 18, 2015         Respectfully submitted,

                                             BENJAMIN C. MIZER
                                             Principal Deputy Assistant Attorney General
                                             Civil Division

                                             WILLIAM C. PEACHEY
                                             Director, Office of Immigration Litigation
                                             District Court Section

                                             */s/ Colin A. Kisor*
                                             COLIN A. KISOR
                                             Deputy Director
                                             United States Department of Justice
                                             Office of Immigration Litigation,
                                             District Court Section
                                             P.O. Box 868, Ben Franklin Station
                                             Washington, DC 20044
                                             Telephone: (202) 532-4331
                                             Facsimile: (202) 305-7000
                                             Email: colin.kisor@usdoj.gov

                                             Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on September 18, 2015, I filed a copy of the foregoing by ECF, which caused a copy of this filing to be served on Plaintiffs' the counsel of record.

/s/ Colin A. Kisor
COLIN A. KISOR
Deputy Director
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4331
Facsimile: (202) 305-7000
Email: colin.kisor@usdoj.gov