

Via ECF

September 28, 2015

The Honorable Magistrate Judge Jacqueline Scott Corley
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

**Re: *Omar v. Kerry*, Case No. 3:15-cv-01760-JSC (N.D. Cal.)**

Dear Judge Corley,

We write to inform the Court about recent developments that may affect this civil action. Pursuant to Local Rule 11-4(c), Plaintiff's counsel notified Defendants' counsel on September 25, 2015 that it would make be making this submission. A courtesy copy was e-mailed to Defendants on September 28, 2015 before filing.

On September 8, 2015, this Court heard oral argument on Plaintiff Mosed Omar's motion for preliminary injunction. (ECF 27.) The motion argued, in part, that Defendants' revocation of Mr. Omar's U.S. passport was unlawfully premised on a January 2013 Interrogation Statement taken in violation of the Fifth Amendment. (ECF 14.) The proposed order would have prohibited Defendants from revoking or withholding a U.S. passport from Mr. Omar on the basis of the Interrogation Statement. (ECF 14-39.)

Ten days after the preliminary injunction hearing, law enforcement officers executed a search warrant for Mr. Omar's DNA. A copy of the warrant is enclosed. The officer who signed the return is a Special Agent with the Department of State's Diplomatic Security Service. Plaintiff has not seen the warrant application but is concerned it may be based on the aforementioned Interrogation Statement, whose legality Plaintiff is challenging in this case.

On September 24, 2015, Wendy Feng, Joanne Sum-Ping, and Yaman Salahi (counsel for Plaintiff) spoke with Mr. Colin Kisor and Ms. Elianis Perez (counsel for the Defendants). Mr. Kisor confirmed he was aware of the warrant and that it had been executed, but otherwise could not confirm or deny any information.

Plaintiff is still considering whether to request relief from the Court concerning these events. Plaintiff is willing to participate in a status conference if the Court determines one is necessary.

Sincerely,

*Yaman Salahi*

Yaman Salahi
Attorney for Plaintiff

Enclosure
cc: Mr. Colin Kisor and Ms. Elianis Perez