AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Yasin Mohamed Ali ALGHAZALI, Fawzi Ali Mohamed ALGHAZALI, and Marwan Mosed OMAR | ) <br> ) <br> ) Case No.   **SK** <br> ) <br> ) **3-15-71223** <br> ) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:
DNA samples from YYasin Mohamed Ali ALGHAZALI, Fawzi Ali Mohamed ALGHAZALI, and Marwan Mosed OMAR, as described in Attachment A, incorporated herein.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Evidence of a violation of 18 U.S.C. Section 1542 - False Statement in a Passport Application

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Sallie Kim _____ .
                                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   9/17/15  3:15 pm        _____[signature]_____
                                                         *Judge's signature*

City and state:   San Francisco CA              Hon. Sallie Kim, U.S. Magistrate
                                                         *Printed name and title*

## ATTACHMENT A

## PERSONS TO BE SEARCHED

The persons to be searched are;



Yasin Mohamed Ali ALGHAZALI aka Mosed Shaye OMAR, who has Social Security Number ▓▓▓, California State ID number ▓▓▓, and last known address of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓;

Fawzi Ali Mohamed ALGHAZALI, aka Nagib OMAR, who has Social Security Number ▓▓▓, California State ID number ▓▓▓, FBI Number ▓▓▓ and last known address of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; and

Marwan Hamood Mohamed ALGHAZALI aka Marwan Mosed OMAR, who has Social Security Number ▓▓▓, California State ID number ▓▓▓ and last known address of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

## ATTACHMENT B

### ITEMS TO BE SEIZED

Biological samples from Yasin Mohamed Ali ALGHAZALI, a/k/a Mosed Shaye OMAR, from Fawzi Ali Mohamed ALGHAZALI, a/k/a Nagib OMAR, and from Marwan Hamood Mohamed ALGHAZALI, a/k/a Marwan Mosed OMAR, described in Attachment A, taken by placing a swab inside the mouth and against the inside of the cheek, thereby extracting saliva and cellular matter, or by drawing blood.

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3-15-71223 | Date and time warrant executed: 9/18/2015 | Copy of warrant and inventory left with: MOSED, OMAR |

Inventory made in the presence of: MANAL OMAR

Inventory of the property taken and name of any person(s) seized:

DNA SWAB TAKEN FROM INSIDE MOSED'S MOUTH.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/18/2015

_____
Executing officer's signature

AARON [Un..]
Printed name and title