UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOSED SHAYE OMAR,

          Plaintiff,

   v.

JOHN KERRY, et al.,

          Defendants.

Case No.  15-cv-01760-JSC

**ORDER DIRECTING DEFENDANTS
TO FILE AFFIDAVIT IN SUPPORT OF
SEARCH WARRANT**

Re: Dkt. No. 35

The Court is in receipt of Plaintiff's letter indicating that the government executed a search warrant for a DNA sample from his cheek on September 18, 2015.  (Dkt. No. 35.)  The warrant sought "evidence of a violation of 18 U.S.C. Section 1542 – False Statement in a Passport Application."  (Dkt. No. 35-1 at 1.)  Defendants shall file and serve a copy of the affidavit in support of the warrant application by 5:00 p.m. PST September 29, 2015.

     **IT IS SO ORDERED.**

Dated:  September 28, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge