BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

COLIN A. KISOR
Deputy Director
United States Department of Justice
Office of Immigration Litigation,
District Court Section

    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4331
    Facsimile: (202) 305-7000
    Email: colin.kisor@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MOSED SHAYE OMAR, | No. 3:15-cv-01760-JSC |
| Plaintiff, | **PARTIAL RESPONSE TO THE COURT'S ORDER TO THE UNITED STATES DEPARTMENT OF JUSTICE** |
| vs. | |
| JOHN KERRY, Secretary of State, *et al.*, | |
| Defendants. | |

On September 29, this Court ordered the Department of Justice to answer five questions in writing on or before 5:00 p.m. on Thursday October 1, 2015 (ECF No. 40).  Undersigned counsel responds as follows:

Undersigned counsel, Colin A. Kisor is the Deputy Director for the Office of Immigration Litigation - District Court Section, a component within the Civil Division of the U.S. Department of Justice in Washington , DC.  I am assigned as lead counsel for Defendants in the above-captioned civil action and I was the Department of Justice Attorney who appeared at the September 8, 2015 preliminary injunction hearing.  Ms. Elianis Perez is a Senior Litigation Counsel in the Office of Immigration Litigation  -  District Court Section, and  I assigned  her to assist on this case. She has a notice of appearance on file. (ECF No. 8.)

Neither I nor Ms. Perez know the answers to this Court's Questions 1-4, except to the limited extent that it is our understanding (with respect to Question 3) that the Federal Agent who signed the affidavit was at least generally aware that at some point there was a civil case involving Plaintiff, although we do not know to what extent he was aware of the particulars.   Neither I nor Ms. Perez know the answers to Questions 1, 2 or 4, and so questions 1-4 have been forwarded to the United States Attorney's Office for the Northern District of California, who will separately respond to this Court regarding those questions on behalf of the United States Department of Justice.

5. **Was the Department of Justice Attorney appearing in this action aware that the United States was seeking a search warrant? If so, when did he become aware of the possibility of a warrant application and was he aware of what information was not disclosed to the magistrate judge.**

Answer to Number 5:

Neither myself nor Ms. Perez were aware that the United States was seeking a search warrant until September 22, 2015, several days after the warrant was executed.

The first time Ms. Perez and I saw a copy of the warrant itself was when Plaintiff's counsel attached it to their letter to the Court on September 28, 2015.  (ECF No. 35.)  Neither Ms. Perez nor I were part of the process of applying for the search warrant, and neither of us knew what information was provided to the magistrate judge who signed the search warrant.

On September 28 this Court ordered Defendants to file and serve a copy of the affidavit in support of the search warrant application by 5:00 p.m. on September 29, 2015.  (ECF No. 36.)  I promptly forwarded this Court's Order (ECF No.36) to the Criminal Section at the United States

2

Attorney's Office for the Northern District of California and requested that they provide me with a copy of the search warrant application, which Ms. Perez and I did not have and had not seen prior to that. The United States Attorney's Office promptly forwarded it back to me that same evening, and I filed it with the Court under seal on September 29, 2015. I also sent an unredacted copy of that document to opposing counsel that same day.

Dated: October 1, 2015                    Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

*/s/ Colin A. Kisor*
COLIN A. KISOR
Deputy Director
United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4331
Facsimile: (202) 305-7000
Email: colin.kisor@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2015, I filed a copy of the foregoing by ECF, which caused a copy of this filing to be served on Plaintiffs' the counsel of record.

>*/s/ Colin A. Kisor*
>COLIN A. KISOR
>Deputy Director
>United States Department of Justice
>Office of Immigration Litigation,
>District Court Section
>P.O. Box 868, Ben Franklin Station
>Washington, DC 20044
>Telephone: (202) 532-4331
>Facsimile: (202) 305-7000
>Email: colin.kisor@usdoj.gov