Winifred Kao (Bar No. 241473)
Christina Sinha (Bar No. 278893)
ASIAN AMERICANS ADVANCING
JUSTICE—ASIAN LAW CAUCUS
55 Columbus Ave.
San Francisco, California 94111-2101
Telephone: + 1 (415) 848-7733
Facsimile: + 1 (415) 896-1702
Email: winifredk@advancingjustice-alc.org;
christinas@advancingjustice-alc.org

Wendy L. Feng (Bar No. 200813)
Joanne Sum-Ping (Bar No. 296552)
Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  wfeng@cov.com; jsumping@cov.com;
mverdin@cov.com

*Attorneys for Plaintiff Mosed Shaye Omar*

Benjamin C. Mizer
Principal Deputy Assistant Attorney General
Civil Division

William C. Peachey
Director, Office of Immigration Litigation
District Court Section

Colin A. Kisor
Deputy Director

Elianis N Perez
Senior Litigation Counsel

United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 532-4331
Facsimile:  (202) 305-7000
Email:  colin.kisor@usdoj.gov;
elianis.perez@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOSED SHAYE OMAR | Civil Case No.: 15-01760-JSC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER SETTING A BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| REX TILLERSON, Secretary of State, in his official capacity; DAVID DONAHUE, Acting Assistant Secretary for Consular Affairs, in his official capacity; BRENDA SPRAGUE, Deputy Assistant Secretary for Passport Services, in her official capacity; U.S. DEPARTMENT OF STATE, | |
| Defendants. | |

Plaintiff Mosed Shaye Omar and Defendants[1] Rex Tillerson, David Donahue, Brenda Sprague, and U.S. Department of State ("State Department") hereby stipulate as follows:

WHEREAS, on February 16, 2016, this Court issued an Order remanding the matter to the State Department for a new administrative hearing within 60 days of the Order, and ordering the parties to file a joint status report within 30 days of the conclusion of the administrative proceedings;

WHEREAS, on September 30, 2016, this Court issued an Order granting an extension of the stay of this proceeding until the earlier of (i) the conclusion of the criminal case against Plaintiff, or (ii) March 6, 2017, under the terms agreed to by the parties as outlined in the September 30, 2016 Order, and relieving the parties from its February 16, 2016 Order requiring an administrative hearing to be held within 60 days;

WHEREAS, as the parties previously informed the Court in their October 17, 2016 Joint Status Report, the criminal indictment against Plaintiff was dismissed on October 12, 2016 at the request of the United States;

WHEREAS, on December 5, 2016, the State Department held an administrative hearing regarding its decision to revoke Mr. Omar's passport;

WHEREAS, on March 2, 2017, Hearing Officer Bennett S. Fellows issued a recommendation that the revocation of Mr. Omar's passport be upheld;

WHEREAS, on April 10, 2017, Deputy Assistant Secretary Brenda Sprague approved the Hearing Officer's recommendation;

WHEREAS, on May 10, 2017, the parties jointly submitted a Joint Status Report, pursuant to the Court's February 16, 2016 Order that the parties file a joint status report within 30 days of the conclusion of the administrative proceedings;

WHEREAS, Plaintiff wishes to seek judicial review of the State Department's December 5, 2016 administrative hearing and the resulting decision;

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Rex Tillerson assumed the duties of Secretary of State on February 1, 2017, and David Donahue assumed the duties of Acting Assistant Secretary for Consular Affairs on January 27, 2017, automatically substituting for John Kerry and Michele T. Bond, respectively, as parties.

NOW THEREFORE, the parties hereby stipulate and agree, subject to approval of the Court, as follows:

1. Due to the breadth of issues that remain before the Court under the operative Complaint, filed April 20, 2015, Plaintiff is not required to file an amended complaint.

2. The State Department shall certify, file, and serve the supplemental administrative record on or before June 12, 2017.

3. Plaintiff shall file and serve a motion for summary judgment, not to exceed 25 pages, on or before July 27, 2017.

4. Defendants shall file and serve an opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment, not to exceed 50 pages, on or before August 28, 2017.

5. Plaintiff shall file and serve a reply in support of Plaintiff's motion for summary judgment and opposition to Defendants' cross-motion for summary judgment, not to exceed 50 pages, on or before September 27, 2017.

6. Defendants shall file and serve a reply in support of their cross-motion for summary judgment, not to exceed 15 pages, on or before October 12, 2017.

7. A hearing on Plaintiff's motion for summary judgment and Defendants' cross-motion for summary judgment shall be held on October 26, 2017 at 9:00 AM, or another time convenient to the Court.

DATED:  May 10, 2017

By:     /s/ Wendy L. Feng

Winifred Kao (Bar No. 241473)
Christina Sinha (Bar No. 278893)
ASIAN AMERICANS ADVANCING
JUSTICE—ASIAN LAW CAUCUS
55 Columbus Ave.
San Francisco, California 94111-2101
Telephone: + 1 (415) 848-7733
Facsimile: + 1 (415) 896-1702
Email: winifredk@advancingjustice-alc.org;
christinas@advancingjustice-alc.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Wendy L. Feng (Bar No. 200813)
Joanne Sum-Ping (Bar No. 296552)
Matthew Q. Verdin (Bar No. 306713)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  wfeng@cov.com;
jsumping@cov.com; mverdin@cov.com

*Attorneys for Plaintiff Mosed Shaye Omar*

By:   */s/ Colin A. Kisor*

Benjamin C. Mizer
Principal Deputy Assistant Attorney General
Civil Division

William C. Peachey
Director, Office of Immigration Litigation
District Court Section

Colin A. Kisor
Deputy Director

Elianis N. Perez
Senior Litigation Counsel

United States Department of Justice
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 532-4331
Facsimile:  (202) 305-7000
Email:  colin.kisor@usdoj.gov;
elianis.perez@usdoj.gov

*Attorneys for Defendants*

The Court, having read and considered the parties' foregoing stipulation, and good cause having been shown, hereby orders as follows:

1. Plaintiff is not required to file an amended complaint.

2. The State Department shall certify, file, and serve the supplemental administrative record on or before June 12, 2017.

3. Plaintiff shall file and serve a motion for summary judgment, not to exceed 25 pages, on or before July 27, 2017.

4. Defendants shall file and serve an opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment, not to exceed 50 pages, on or before August 28, 2017.

5. Plaintiff shall file and serve a reply in support of Plaintiff's motion for summary judgment and opposition to the State Department's cross-motion for summary judgment, not to exceed 50 pages, on or before September 27, 2017.

6. Defendants shall file and serve a reply in support of their cross-motion for summary judgment, not to exceed 15 pages, on or before October 12, 2017.

7. A hearing on Plaintiff's motion and Defendants' cross-motion for summary judgment is set for October 26, 2017 at 9:00 AM. 11:00 a.m.

It is SO ORDERED on this 11 day of May , 2017

Hon. Jacqueline Scott Corley
United States Magistrate Judge